IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-156-FL

| | |
|---|---|
| ROBERT TROY DAMRON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CONSENT ORDER |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that the plaintiff, by and through his attorney, has executed this Consent Order and the defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $3,783.46 for attorney fees and costs in full and final settlement of all claims due against the Social Security Adminsitration, for attorney fees and costs arising under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (d).

It is therefore ORDERED that the Commissioner of Social Security pay to plaintiff's attorney, the sum of $3,783.46 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412 (d), and upon the payment of such sum this case is dismissed with prejudice.

This __10th__ day of December, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge

CONSENTED TO:

/s/ Vance E. Jennings
VANCE E. JENNINGS
Brent Adams & Associates
P.O. Box 1389
Dunn, NC 28335
Telephone: (910) 892-8177
vance@brentadams.com

_____
Matthew L. Fesak
Assistant United States Attorney
Civil Division
United States Attorney's Office
310 New Bern Avenue
Suite 800 Federal Building
Raleigh, NC 27601-1461